# Exhibit A

**B & S REALTY TRUST**
**Restated and Confirmed**
**Schedule of Beneficiaries**

I, Bernard J. Laverty, Jr., Trustee of B&S Realty Trust under a Declaration of Trust dated September 23, 2003, do hereby restate, certify and confirm that the trust property is held by me for the sole benefit of the following persons in the proportions set opposite their respective names:

| Beneficiary | Interest |
|---|---|
| Kerri Paramore<br>153 Rowe St<br>Roslindale , Mass | 50% |
| Sarah J Laverty<br>153 Rowe St<br>Roslindale, Mass | 50% |

Bernard J. Laverty, Jr., Trustee

COMMONWEALTH OF MASSACHUSETTS

, ss Suffolk

Date: May 8th 2004

Then personally appeared before me the above-named Bernard J. Laverty, Jr., Trustee as aforesaid, before me and proved to me through satisfactory evidence of identification, which was a Massachusetts Driver's License, to be the person whose name is signed on this document and acknowledged the facts contained in the foregoing Certificate to be true, and his execution thereof his free act and deed.

Name:
Notary Public

My commission expires: Stuart Hartley Sojcner
Notary Public
My Commission Expires
April 21, 2006

CONFIRMED:

Kerri Paramore Sarah J Laverty